1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| THOMAS MILLER, | ) | Case No. CV 14-671 GW(JC) |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| UNKNOWN, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Dismissing Action without Prejudice, this action is dismissed without prejudice for lack of jurisdiction.

IT IS SO ORDERED AND ADJUDGED.

DATED:     March 3, 2014

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE